IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| **JOSEPH HARMON,** | : |
| Plaintiff, | : |
| v. | : Civil Action No.: _____ |
| **BANKUNITED FSB** | : |
| Defendant. | : |

### AFFIDAVIT OF ERIC DARMANIN

I, Eric Darmanin, hereby depose and swear as follows:

1. I am over 18 years of age and am competent to testify to the matters set forth herein. I make this declaration upon personal knowledge of the facts set forth herein, which facts are true and correct.

2. I am Senior Vice President, Mortgage Services for BankUnited FSB ("BankUnited").

3. BankUnited is a Florida corporation with principal place of business at 255 Alhambra Circle, Coral Gables, Florida 33134.

4. I have reviewed the records that BankUnited keeps in the ordinary course of its business concerning the loans that BankUnited has entered into over the last three years with Maryland residents and attest that, since November 3, 2005, at least 381 Maryland residents have entered into loans on a variable rate basis with BankUnited for the refinance or purchase of a primary dwelling. I say "at least" because there are 381 loans that were originated after November 3, 2005 that remain active and in BankUnited's portfolio but, there have also been loans that were

originated after November 3, 2005 that have been paid off and, therefore, are not currently part of BankUnited's portfolio and not counted within that 381.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19 day of December 2008.

Eric Darmanin