## TRUTH-IN-LENDING DISCLOSURE STATEMENT
(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | | | |
|---|---|---|---|
| Applicants: | JOSEPH MELVIN HARMON<br>CHARLOTTE VIRGINIA HARMON | Prepared By: | SMART MONEY MORTGAGE<br>29910 OHANA CIR |
| Property Address: | 4451 OLD HANOVER ROAD<br>WESTMINSTER, MD 21158 | | LAKE ELSINORE, CA 92532<br>877-273-4929 |
| Application No: | SM051070 | Date Prepared: | 04/02/2007 |

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after making all payments as scheduled |
| 1.305 % | $ 90,657.52 | $ 317,458.62 | $ 408,116.14 |

☐ REQUIRED DEPOSIT: The annual percentage rate does not take into account your required deposit
PAYMENTS: Your payment schedule will be:

| Number of Payments | Amount of Payments ** | When Payments Are Due | Number of Payments | Amount of Payments ** | When Payments Are Due | Number of Payments | Amount of Payments ** | When Payments Are Due |
|---|---|---|---|---|---|---|---|---|
| | | Monthly Beginning: | | | Monthly Beginning: | | | Monthly Beginning: |
| 479 | 850.24 | 06/01/2007 | | | | | | |
| 1 | 851.18 | 05/01/2047 | | | | | | |

☐ DEMAND FEATURE: This obligation has a demand feature.
☐ VARIABLE RATE FEATURE: This loan contains a variable rate feature. A variable rate disclosure has been provided earlier.

CREDIT LIFE/CREDIT DISABILITY: Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless you sign and agree to pay the additional cost.

| Type | Premium | Signature | |
|---|---|---|---|
| Credit Life | | I want credit life insurance. | Signature: |
| Credit Disability | | I want credit disability insurance. | Signature: |
| Credit Life and Disability | | I want credit life and disability insurance. | Signature: |

INSURANCE: The following insurance is required to obtain credit:
☐ Credit life insurance  ☐ Credit disability  ☐ Property insurance  ☐ Flood insurance
You may obtain the insurance from anyone you want that is acceptable to creditor
☐ If you purchase  ☐ property  ☐ flood insurance from creditor you will pay $          for a one year term.
SECURITY: You are giving a security interest in:
☐ The goods or property being purchased  ☐ Real property you already own.
FILING FEES: $
LATE CHARGE: If a payment is more than          days late, you will be charged          % of the payment
PREPAYMENT: If you pay off early, you
☐ may       ☐ will not    have to pay a penalty.
☐ may       ☐ will not    be entitled to a refund of part of the finance charge.
ASSUMPTION: Someone buying your property
☐ may       ☐ may, subject to conditions       ☐ may not    assume the remainder of your loan on the original terms.
See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment refunds and penalties
☐ * means an estimate         ☐ all dates and numerical disclosures except the late payment disclosures are estimates.

** NOTE: The Payments shown above include reserve deposits for Mortgage Insurance (if applicable), but exclude Property Taxes and Insurance.

THE UNDERSIGNED ACKNOWLEDGES RECEIVING A COMPLETED COPY OF THIS DISCLOSURE.

_____            _____
JOSEPH MELVIN HARMON         (Applicant)  (Date)        CHARLOTTE VIRGINIA HARMON    (Applicant)  (Date)


_____            _____
                             (Applicant)  (Date)                                     (Applicant)  (Date)


_____
                             (Lender)    (Date)

Calyx Form - til.hp (02/95)

EXHIBIT 2