**VENABLE**® LLP

210 W. PENNSYLVANIA AVENUE   SUITE 500   TOWSON, MD 21204
T 410.494.6200   F 410.821.0147   www.Venable.com

December 7, 2009

t 410-494-6366
f 410.821.0147
mralsip@venable.com

*VIA ELECTRONIC FILING*

The Honorable William D. Quarles, Jr.
United States District Court –
  District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    Harmon, et al. v. BankUnited
            Civil No. 1-08-CV-03456-WDQ

Dear Judge Quarles:

      Pursuant to this Court's Scheduling Order, today is the deadline for the parties to submit a joint request for early settlement/ADR, to advise the Court as to whether there is unanimous consent to proceed before a United States Magistrate Judge, and to confer regarding electronic discovery.

      I have conferred with Plaintiffs' counsel (Mr. Borison) on these issues and report the following:

    (1)    The parties jointly request early settlement/ADR;

    (2)    There is no mutual consent to proceeding before a United States Magistrate Judge; and

    (3)    The parties have agreed to defer any discussion of electronic discovery until after early ADR.

      I thank the Court for its consideration of these issues.

                      Very truly yours,

                      /s/

                      Matthew R. Alsip

cc:    James A. Dunbar, Esquire
        Daniel P. Moylan, Esquire
        Scott C. Borison, Esquire
        Phillip R. Robinson, Esquire

279913/1